# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144186

ALEX A. LEMERAND,
      Plaintiff-Appellant,

v

                                  SC: 144186
                                  COA: 298637
                                  Court of Claims

UNIVERSITY OF MICHIGAN REGENTS,      LC No. 09-000067-MZ
      Defendant-Appellee.

_____

      On order of the Court, the application for leave to appeal the October 20, 2011 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *McCahan v Brennan* (Docket No. 142765), is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012

Clerk

d0416